UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONH AFC CS Investors, LLC, and ONH 1601 CS Investors LLC,

                     Plaintiffs,

-against-

ES1 Westend Residence Trust; The Elchonon Schwartz Family Trust; ES28 Investments Trust; ES ONH Trust; and ES Family Life Insurance Trust,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2025

24 Misc. 248 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By notice dated July 31, 2025, Plaintiffs, ONH AFC CS Investors, LLC, and ONH 1601 CS Investors LLC, withdrew their motion for turnover at ECF No. 7. *See* ECF No. 31. Also on July 31, Plaintiffs filed a proposed full satisfaction of judgment, ECF No. 32, which the Clerk of Court entered that same day, ECF No. 33.

    Accordingly, the Clerk of Court is respectfully directed to lift the stay entered on July 10, terminate all motions, and close the case.

    SO ORDERED.

Dated: August 1, 2025
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge